AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 3:14 pm, Aug 22, 2025

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:25-cr-00241 |
| | ) | Assigned To: Judge Kelly, Timothy J. |
| Eric Prather, also known as "E", | ) | Assign Date: 8/21/2025 |
| also known as, "E. Marbury" | ) | Description: INDICTMENT (B) |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Eric Prather, also known as, "E", also known as, "E. Marbury"                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute
   18 U.S.C. § 924(c)(1)(A)(i) (Possession of a Firearm in Furtherance of Drug Trafficking Offense)
   21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) (Unlawful Distribution and Possession with Intent to Distribute
   21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iv) and (C) (Unlawful Distribution and Possession with Intent to Distribute
   21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iv) and (vi) (Unlawful Distribution and Possession with Intent to Distribute

Date:   08/21/2025

*Issuing officer's signature*

City and state:   Washington, D.C.      MOXILA A. UPADHYAYA, U.S. MAGISTRATE JUDGE
                  *Printed name and title*

---

### Return

This warrant was received on *(date)* 8/22/25 , and the person was arrested on *(date)* 8/26/25
at *(city and state)* Washington, DC .

Date: 8/26/25

*Arresting officer's signature*

Special Agent Caroline Moolenaar
*Printed name and title*